UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Securities and Exchange Commission,  )<br>    Plaintiff,  )<br>  )<br>vs.  )<br>  )<br>Robert R. Dillie; and Mid-America  )<br>Foundation, Inc.,  )<br>  )<br>    Defendants,  )<br>  )<br> and  )<br>  )<br>Mid-America Financial Group, Inc.,  )<br>  )<br>    Defendant Solely for Purposes of  )<br>Equitable Relief.  ) | Cause No. CIV 01-2493 PHX JAT<br><br>ORDER RE: PETITION NO. 94 |

    The Receiver's Petition No. 94, Petition for Order Approving Fees and Costs Incurred by the Receiver; Guttilla & Murphy, P.C.;, having been filed with the Court and all parties entitled to notice having been notified by service of the Petition in accordance with this Court's *Order Re: Petition No. 2*, and it appearing to the Court that the fees and expenses are reasonable and appropriate:

    NOW THEREFORE, IT IS ORDERED approving the fees and expenses requested in the Receiver's Petition No. 94.

    / / /

IT IS FURTHER ORDERED that the Receiver is authorized to pay from the Receivership Assets:

    1. The amount of $5,966.00 to Warfield & Company, for services rendered and costs incurred or paid during the period December 1, 2005 through December 31, 2005;

    2. The amount of $38,183.18 to Guttilla & Murphy, P.C., for services rendered and costs incurred or paid during the period December 1, 2005 through December 31, 2005.

DATED this 20th day of April, 2006.

_____
James A. Teilborg
United States District Judge