UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Securities and Exchange Commission,<br>　　Plaintiff,<br>　vs.<br>Robert R. Dillie; and Mid-America Foundation, Inc.,<br>　　Defendants,<br>　and<br>Mid-America Financial Group, Inc.,<br>　　Defendant Solely for Purposes of Equitable Relief. | Cause No. CIV 01-2493 PHX JAT<br><br>ORDER RE: PETITION NO. 95 |

　　The Receiver's Petition No. 95, Petition for Approval of Receiver's Accounting for the Period of July 1, 2005 through December 31, 2005, having been filed with the Court and all parties entitled to notice having been notified by service of the Petition in accordance with this Court's *Order Re: Petition No. 2*, and it appearing to the Court that the relief requested is reasonable and appropriate:

　　/ / /

NOW, THEREFORE, IT IS HEREBY ORDERED approving the Receiver's Accounting for the period July 1, 2005 through December 31, 2005 filed by the Receiver as Exhibit "A" to Petition No. 95.

DATED this 20th day of April, 2006.

_____
James A. Teilborg
United States District Judge