WO

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Securities and Exchange Commission,<br><br>    Plaintiff,<br><br>  vs.<br><br>Robert R. Dillie; and Mid-America Foundation, Inc.,<br><br>    Defendants,<br><br>  and<br><br>Mid-America Financial Group, Inc.,<br><br>    Defendant Solely for Purposes of Equitable Relief. | Cause No. CIV 01-2493 PHX JAT<br><br>ORDER |

The Receiver's Petition No. 96, Petition for Approval of Settlement Agreement in *Warfield v. Alaniz, et al.*, USDC, Cause No. 03-2390 PHX JAT, having been filed with the Court and all parties entitled to notice having been notified by service of the Petition in accordance with this Court's *Order Re: Petition No. 2*, and it appearing to the Court that the relief requested is reasonable and appropriate:

   / / /

Accordingly,

IT IS ORDERED approving the settlement agreement between the Receiver, Lawrence J. Warfield, and Michael and Anne McLaughlin.

IT IS FURTHER ORDERED authorizing the Receiver to file a motion to dismiss in *Warfield v. Alaniz, et al.*, USDC, Cause No. 03-2390 PHX JAT as to Defendants Michael and Anne McLaughlin only.

IT IS FURTHER ORDERED authorizing the Receiver to dismiss his Adversary Action No. 2-06-ap-00116-RTB filed in the United States Bankruptcy Court against Michael and Anne McLaughlin.

DATED this 28th day of April, 2006.

_____
James A. Teilborg
United States District Judge