UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Securities and Exchange Commission, )<br>    Plaintiff, )<br>  vs. )<br>Robert R. Dillie; and Mid-America )<br>Foundation, Inc., )<br>    Defendants, )<br>  and )<br>Mid-America Financial Group, Inc., )<br>    Defendant Solely for Purposes of )<br>Equitable Relief. ) | Cause No. CIV 01-2493 PHX JAT<br><br>ORDER RE: PETITION NO. 98 |

    The Receiver's Petition No. 98, Petition for Order Approving Fees and Costs Incurred by the Receiver; Guttilla & Murphy, P.C.;, having been filed with the Court and all parties entitled to notice having been notified by service of the Petition in accordance with this Court's *Order Re: Petition No. 2*, and it appearing to the Court that the fees and expenses are reasonable and appropriate:

    NOW THEREFORE, IT IS ORDERED approving the fees and expenses requested in the Receiver's Petition No. 98.

    / / /

IT IS FURTHER ORDERED that the Receiver is authorized to pay from the Receivership Assets:

1. The amount of $3,406.50 to Warfield & Company, for services rendered and costs incurred or paid during the period February 1, 2006 through February 28, 2006; and

2. The amount of $16,741.38 to Guttilla & Murphy, P.C., for services rendered and costs incurred or paid during the period February 1, 2006 through February 28, 2006.

DATED this 1st day of May, 2006.

_____
James A. Teilborg
United States District Judge