**Guttilla Murphy Anderson, P.C.**
Ariz. Firm No. 00133300
**Ryan W. Anderson** (Ariz. No. 020974)
4150 West Northern Avenue
Phoenix, Arizona 85051
Email: randerson@gamlaw.com
Phone: (623) 937-2795
Fax: (623) 937-6897

Attorneys for the Receiver

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Securities and Exchange Commission,  )<br>　　Plaintiff,　　　　　　　　　　　　　)<br>　vs.　　　　　　　　　　　　　　　　　　)<br>Robert R. Dillie; and Mid-America　　　)<br>Foundation, Inc.,　　　　　　　　　　　　)<br>　　Defendants,　　　　　　　　　　　　　)<br>　and　　　　　　　　　　　　　　　　　　)<br>Mid-America Financial Group, Inc.,　　)<br>　　Defendant Solely for Purposes of　)<br>Equitable Relief.　　　　　　　　　　　　) | Cause No. CIV 01-2493 PHX JAT<br><br>NOTICE OF SETTLEMENT WITH DWIGHT LANKFORD |

　　　　The Receiver hereby provides notice that he has formalized the negotiated settlement with Dwight Lankford.  The settlement with Mr. Lankford arose out of the Receiver's claim seeking the return of commissions paid to Mr. Lankford in connection with the sale of Mid-America Foundation charitable gift annuities.  Mr. Lankford agreed to return to the Receiver $400,000.00 and has executed a Settlement Agreement reflecting the settlement terms.  The terms of the Settlement Agreement have already

. . .

. . .

1  been approved in open court by the Honorable James A. Teilborg.  The Receiver will file

2  a motion to dismiss Mr. Lankford from the matter entitled *Warfield v. Alaniz*, U.S.D.C.

3  Arizona, CV 03-2390 PHX JAT.

4        Respectfully submitted this 13th day of April, 2007.

5                             GUTTILLA MURPHY ANDERSON, P.C.

6

7                             s/Ryan W. Anderson
                           Ryan W. Anderson
                           Attorneys for the Receiver

8

9  **PROOF OF SERVICE**

10  This is to certify that on this 13th day of April, 2007, I electronically transmitted

11  the foregoing document to the Clerk's Office using the CM/ECF System for filing and

12  transmittal of a Notice of Electronic Filing to the CM/ECF registrants on the attached

13  Master Service List; and that the persons on the attached Master Service List who are not

14  registered participants of the CM/ECF System have been served with a copy of the

    foregoing document by first class mail this date.

15

16                             s/Ryan W. Anderson
                           Ryan W. Anderson

17

18  0758-001(61584)

19

20

21

22

23

2

# MASTER SERVICE LIST
*Securities and Exchange Commission v. Dillie, et al.*
United States District Court for the District of Arizona
CIV 01-2493 PHX JAT
(Rev. 4/9/2007)

Lawrence J. Warfield
Warfield & Company
14555 North Scottsdale Road, #340
Scottsdale, Arizona  85254
Receiver

Patrick M. Murphy
Guttilla Murphy Anderson, P.C.
4150 West Northern Avenue
Phoenix, Arizona 85051
Registered CM/ECF
pmurphy@gamlaw.com
Counsel for Receiver

Marshall Gandy
Securities & Exchange Commission
801 Cherry Street, Suite 1900
Fort Worth, Texas 76102
Registered CM/ECF:
Gandym@sec.gov
Counsel for the Plaintiff

Mark Dinell
Arizona Corporation Commission
1300 West Washington, 3rd Floor
Phoenix, AZ  85007-2929

Tammy Sue Collett
Mid America Financial Group, Inc.
16521 East Lost Arrow Drive
Fountain Hills, Arizona 85268
Registered agent for Relief Defendant Mid-America Financial Group

Keith Beauchamp
Lewis and Roca, LLP
40 North Central Avenue
Phoenix, Arizona 85004-4429
Registered CM/ECF:
kbeauchamp@lrlaw.com
Counsel for United of Omaha

Robert R. Dillie
c/o Tammy Collett
16521 East Lost Arrow Drive
Fountain Hills, Arizona 85268
Defendant

John R. Worth
Forrester & Worth, PLLC
3636 North Central Avenue
Suite 700
Phoenix, Arizona 85012-1927
Counsel for Merle Lipe, William Morrow, Jr., Ronald and Phyllis Moskowitz, Lloyd Parks, Robert Stark
Robert Young and James H. and Dorothy Barnett

John J.E. Markham, III
Markham & Read
One Commercial Wharf West
Boston, Massachusetts 02110
Counsel for Merle Lipe, William Morrow, Jr., Ronald and Phyllis Moskowitz, Lloyd Parks, Robert Stark, Robert Young and James H. and Dorothy Barnett

Richard De Vita
De Vita & Associates
1228 Garden Street
Hoboken, New Jersey 07030
Counsel for Anna Cialino

Edith E. Koren
143 Carol Street
Danbury, CT 06810

Joseph Dougherty
Dougherty & Eckel
2209 Mt. Carmel Avenue
Glenside, Pennsylvania 19038-4907
Attorney for Filomina Cima

Louis Kaplan
5184 NW 26th Circle
Boca Raton, Florida 33496