WO

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Securities and Exchange Commission,<br>　　Plaintiff,<br>　vs.<br>Robert R. Dillie; and Mid-America Foundation, Inc.,<br>　　Defendants,<br>　and<br>Mid-America Financial Group, Inc.,<br>　　Defendant Solely for Purposes of Equitable Relief. | Cause No. CIV 01-2493 PHX JAT<br><br>**ORDER RE: PETITION NO. 137** |

　　The Receiver's Petition No. 137, Petition for Order Approving Fees and Costs Incurred by the Receiver; Guttilla Murphy Anderson, P.C.; and Michael Zdancewicz, P.L.L.C. (Doc. # 692), having been filed with the Court and all parties entitled to notice having been notified by service of the Petition in accordance with this Court's *Order Re: Petition No. 2*, and it appearing to the Court that the fees and expenses are reasonable and appropriate:

　　**IT IS ORDERED** approving the fees and expenses requested in the Receiver's Petition No. 137.

- 2 -

**IT IS FURTHER ORDERED** that the Receiver is authorized to pay from the Receivership Assets:

1. The amount of $1,058.89 to Warfield & Company, for services rendered and costs incurred or paid during the period July 1, 2008 through July 31, 2008;

2. The amount of $346.96 to Guttilla Murphy Anderson, P.C., for services rendered and costs incurred or paid during the period July 1, 2008 through July 31, 2008; and

3. The amount of $200.00 to Michael Zdancewicz, P.L.L.C., for services rendered and costs incurred or paid during the period July 10, 2008 through August 4, 2008.

DATED this 7th day of April, 2009.

_____
James A. Teilborg
United States District Judge