WO

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Securities and Exchange Commission, )<br>   Plaintiff, )<br>  vs. )<br>Robert R. Dillie; and Mid-America )<br>Foundation, Inc., )<br>   Defendants, )<br>  and )<br>Mid-America Financial Group, Inc., )<br>   Defendant Solely for Purposes of )<br>Equitable Relief. ) | Cause No. CIV 01-2493 PHX JAT<br><br>**ORDER RE: PETITION NO. 140** |

    The Receiver's Petition No. 140 Petition for Order Approving Fees and Costs Incurred by the Receiver; Guttilla Murphy Anderson, P.C.; and Michael Zdancewicz, P.L.L.C. (Doc. # 695), having been filed with the Court and all parties entitled to notice having been notified by service of the Petition in accordance with this Court's *Order Re: Petition No. 2*, and it appearing to the Court that the fees and expenses are reasonable and appropriate:

    **IT IS ORDERED** approving the fees and expenses requested in the Receiver's Petition No. 140.

- 2 -

**IT IS FURTHER ORDERED** that the Receiver is authorized to pay from the Receivership Assets:

1. The amount of $3,327.22 to Warfield & Company, for services rendered and costs incurred or paid during the period October 1, 2008 through October 31, 2008;

2. The amount of $21,895.01 to Guttilla Murphy Anderson, P.C., for services rendered and costs incurred or paid during the period October 1, 2008 through October 31, 2008.

DATED this 7th day of April, 2009.

_____
James A. Teilborg
United States District Judge