WO

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Securities and Exchange Commission,  )<br>    Plaintiff,  )<br>  vs.  )<br>Robert R. Dillie; and Mid-America  )<br>Foundation, Inc.,  )<br>    Defendants,  )<br>  and  )<br>Mid-America Financial Group, Inc.,  )<br>    Defendant Solely for Purposes of  )<br>Equitable Relief.  ) | Cause No. CIV 01-2493 PHX JAT<br><br>**ORDER RE: PETITION NO. 141** |

     The Receiver's Petition No. 141 Petition for Order Approving Fees and Costs Incurred by the Receiver; Guttilla Murphy Anderson, P.C.; and Michael Zdancewicz, P.L.L.C. (Doc. # 699), having been filed with the Court and all parties entitled to notice having been notified by service of the Petition in accordance with this Court's *Order Re: Petition No. 2*, and it appearing to the Court that the fees and expenses are reasonable and appropriate:

     **IT IS ORDERED** approving the fees and expenses requested in the Receiver's Petition No. 141.

- 2 -

**IT IS FURTHER ORDERED** that the Receiver is authorized to pay from the Receivership Assets:

1. The amount of $4,004.15 to Warfield & Company, for services rendered and costs incurred or paid during the period November 1, 2008 through November 30, 2008;

2. The amount of $698.71 to Guttilla Murphy Anderson, P.C., for services rendered and costs incurred or paid during the period November 1, 2008 through November 30, 2008.

DATED this 7th day of April, 2009.

_____
James A. Teilborg
United States District Judge